UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWN KEVIN FROST,

    Petitioner,

v.

G. D. LEWIS, Warden,

    Respondent.

Case No. 13-cv-02511-JST (PR)

**ORDER OF TRANSFER**

This federal habeas action, in which petitioner challenges convictions he suffered in the Sacramento County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

Dated: July 1, 2013

_____
JON S. TIGAR
United States District Judge